IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| ANN REYES, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No.: 1:11-cv-00142 |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ANN REYES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

1
NOTICE OF SETTLEMENT

Respectfully Submitted,

DATED: June 7, 2011                KROHN & MOSS, LTD.

By: /s/ Mark Trujillo              _
    Mark Trujillo, Esq.
    Attorney for Ann Reyes