IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANN REYES, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No.: 1:11-cv-00142 |
| | § |
| GC SERVICES, LP, | § |
| | § |
| Defendant. | § |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff ANN REYES, by and through her attorneys KROHN & MOSS, LTD., pursuant to Fed.R.Civ.P. 41(a)(1)(A) voluntarily dismisses with prejudice her claims made in this case against Defendant GC SERVICES, LP.

RESPECTFULLY SUBMITTED,
By: */s/ Charles N. Lakins*
Charles N. Lakins, Esq.
Lakins Law Firm, P.C.
PO Box 91357
Albuquerque, NM 87199
Charles@LakinsLawFirm.com

*Of Counsel*

KROHN & MOSS, LTD.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 ext. 230
F: (866) 802-0021
*Attorneys for Plaintiff*

1